"«'HiM-ANy-O.• J.'*-
'The Jadge Pf'.the''FifsffDistri'ct Court of New Orleans, by¡;authpyity.pf. the.seventh spc.tion of -an.act entitled “an act relative to juforáin the--parish ’ of-Orlea'ns,” approved 'March 15, 1855, ordered on the 6th December, 1867,' tbe sheriff' to prepare a new list of jurors.
¡Undpr.this order, the sheriff proceeded to. draw a jury from a registry off.tlie.^uabfieffyoters'madp'in 186,5,,.by,ahthority. of :,the statutes of the State, and not from the registry of voters made-in, 1867,- by authority of the,R.ecpnstructipn .Acts, .,Spe,„act of, Cpngress,,-.passed -2d March, 1867, entitled, “an act to provide for.the, more efficient,government of the rebel States^’,^na amepdmpnts therptq,>(-, ’
registry,of 1865 contained not,a.half of the number, of registered voters as the registry of 1867, contained.
,,By authority of the. llth sectipn,of the, Constitution of .1852, the Legislature passed acts requiring, registration .pf,,voters,; and declaring none were voters hut,those who .wereregistered.
The ac.t,pf,15th, Maroh)l.li?55,,afip.y,e,Teferreidl;tp,, .required the sheriff to forfli;a.li?t.pf jurors from-.allthp.qijalifiediyoterS'Of'the.parish of Orleans, except such as were exempt, and to draw from-that list the jury.
A grand jury, selected from the drawing m^de-by, the. sheriff from the registry,of .1865, as ahoye, stated,-, found,a .bill- .ofindictment for murder a^in^ffdefendants,. yvhA.filecl #.,mp,tiqp,.;Ttoi.haye -the' indictment quashed, ^pa^é thej’ui^ thus draYn.-^a^iffegalf.-andincpmpetent.
-,)í)e5feff^a^,t^.se| f orth,,.other grpun,d$<in.the’,motion, which are not stated by us, as oúr opinion on the ground aboye stated, settles the question as to the yjl^dfty of fhé hill of indictment.
The Judge overruled the motion.
.,■deffeia.^ants yei;^jtrigd=|,,J)3ii4t»jfiiy,: who.; brought .in a verdict pf gijü^.(;,;íThpílJluffge, passed-, septeMoa-pn;them,nandj they have appealed.
.^W^Jatulp^pf.jth^Stufe,, malie.all-whp.aresregistered as voters in the parish of Orleans, qualified voters therein and- competent jurors for the
*443 all 1 persons,( whq;are.registered Tile Eeconstruotion Acts make their provisions, voters.
As all wlió are registered under the Eecónstniction,Acts,(,in,.j;,ii,e p.airi^ of Orleans are qualified vqters therein,''sq, also are tlyey competent jurprs therefor.
The sheriff should have drawn tlíe" jury from a list of all the qualified voters in the parish of Orleans, which he did not do in .'drawing from the registry of voters of 1865, as that registry is not a list of all the qualified voters of the parish.
The grand jury selected from such drawing was not formed according to law, and its proceedings are invalid.
Let the verdict of the-jury be set aside, and the sentence' of the Court be reversed. Let also the. indictment be.quaiphed.